# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:15-cr-93 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| GARY ELI GIBSON ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

On December 15, 2015, Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending (a) the Court accept Defendant's plea of guilty to Counts One through Four of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Counts One through Four of the Indictment; and (c) Defendant remain in custody pending sentencing in this matter (Doc. 21). Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Counts One through Four of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One through Four of the Indictment; and

(3) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday, April 18, 2016, at 1:30 pm.**

**SO ORDERED.**

ENTER:

/s/
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**